PEOPLE'S COAT, APRON AND TOWEL SUPPLY COMPANY, Respondent, *v.* HARRY LIGHT et al., Appellants.

*People's Coat, Apron & Towel Supply Co.* v. *Light*, 171 App. Div. 671, affirmed.

(Submitted November 15, 1918; decided December 3, 1918.)

APPEAL from a judgment, entered April 15, 1916, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The action was brought to restrain the defendants, one of whom was formerly in plaintiff's employ, from impairing and inter-

fering with plaintiff's business, from soliciting the trade of plaintiff's customers previously served by the defendant so employed, and from making use of or disclosing the knowledge and information contained in plaintiff's original list of their names and addresses. The complaint alleged · that Light was for some three years in plaintiff's service, where, as driver of its wagon delivering laundered coats and aprons to individuals and collecting payment for the use thereof, he acquired knowledge of, and access to, plaintiff's customers. Discharged by plaintiff, Light after a brief interval entered the service of defendant Cohen, who by his inducement, under the name of the Mutual Coat and Apron Supply Company, began a business similar to that of the plaintiff. Light, using his knowledge of plaintiff's customers acquired in its service, and by virtue of his former representation of plaintiff, went to them and induced them to substitute Cohen's outfitting for that of the plaintiff, and thereby secured their business for Cohen and deprived plaintiff of it.

*Meyer D. Siegel* for appellants.

*Alfred B. Nathan* and *Sidney J. Loeb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.